IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. DUNCAN　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #111386

v.　　　　　　　　　No. 5:17-cv-251-DPM-BD

WENDY KELLEY, Director,
Arkansas Department of Correction;
JOHN FELTS, Parole Board; MOSES
JACKSON, III, Deputy Warden,
Randall L. Williams Unit; and
CORBIN, Substance Abuse Treatment
Program Counselor, Randall L.
Williams Unit　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 4, and overrules Duncan's objection, № 8. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Whatever the facts may be about wiping the urinals, Parole Board Chairman Felts is still immune from suit. Duncan's claims against Felts are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2017