# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MICHAEL A. DUNCAN                                                    PLAINTIFF

v.                              No. 5:17-cv-251-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction;
MOSES JACKSON, III, Deputy Warden,
Randall L. Williams Unit; CORBIN,
Substance Abuse Treatment Program
Counselor, Randall L. Williams Unit;
and LAY, Warden                                                      DEFENDANTS

## ORDER

Unopposed recommendation, № 55, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 40, is granted. Duncan's claims against them will be dismissed with prejudice. Duncan's motion for summary judgment, № 26, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2018